**CAROL ANN MOSES  #164193**
Attorney at Law
7636N. Ingram Ave., #104
Fresno, California  93720
Telephone:  (559) 449-9069
Facsimile:    (559) 513-8530

Attorney for Defendant, OTGONKHUYAG TSEVEENDORJ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 6:17-mj-00057-MJS |
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE TO MARCH 20, 2018; ORDER THEREON** |
| v. | |
| OTGONKHUYAG TSEVEENDORJ, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the Defendant, OTGONKHUYAG TSEVEENDORJ, his attorney of record, CAROL ANN MOSES, and the Legal Officer for the National Park Service, SUSAN ST. VINCENT, that the Status Conference in the above-captioned matter

///

///

///

///

///

///

///

///

currently scheduled for March 6, 2018, at 10:00 a.m. be continued until March 20, 2018, at 10:00 a.m.

      Defense counsel is Treasurer for the Eastern District Conference Committee which meets at noon the first Tuesday of every month. She is required to attend all meetings.

Dated: December 12, 2017  /s/ Carol Ann Moses
CAROL ANN MOSES
Attorney for Defendant,
OTGONKHUYAG TSEVEENDORJ

Dated: December 12, 2017  /s/ Susan St. Vincent
SUSAN ST. VINCENT
Legal Officer
National Park Service

### ORDER

The Court accepts the above Stipulation and adopts its terms as the Order of this court. Accordingly, the March 6, 2018, Status Conference for Otgonkhuyag Tseveendorj, Case 6:17-mj-00057-MJS, is continued to March 20, 2018, at 10:00 a.m.

IT IS SO ORDERED.

Dated: December 14, 2017  /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE