1  Sean O. Anderson
2  Legal Officer
   NATIONAL PARK SERVICE
3  Legal Office
   P.O. Box 517
4  Yosemite, California  95389
   Telephone:  (209) 372-0241
5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,         | Docket Number: 6:17-mj-00057-MJS
12 |     Plaintiff,                    |
13 |                                   | **MOTION TO VACATE REVIEW
14 | OTGONKHUYAG TSEVEENDORJ,          | HEARING AND TERMINATE
15 |     Defendant.                    | PROBATION; AND ORDER THEREON**

16

17

18      The United States, by and through its representative, Sean O. Anderson hereby moves the

19 Court for an Order to Vacate the final review hearing currently scheduled in this matter for

20 September 1, 2020, and terminate probation. The Defendant is in agreement with this request. To

21 date, Defendant has complied with all the terms of unsupervised probation as ordered by this

22 Court on October 3, 2018.

23

24      Dated:  August 25, 2020              /S/ Sean O. Anderson
                                             Sean O. Anderson
25                                           Legal Officer
                                             Yosemite National Park
26

27

28

                                       1

**ORDER**

Upon application of the United States, good cause having been shown therefor, it is hereby ordered that the final review hearing scheduled for September 1, 2020, in the above-referenced matter, *United States v.Tseveendorj*, 6:17-mj-00057-MJS, be vacated and probation terminated.

IT IS SO ORDERED.

Dated:   August 25, 2020                                      _____
                                                                              UNITED STATES MAGISTRATE JUDGE